**FILED**
United States Court of Appeals
Tenth Circuit

**June 6, 2014**

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

GRACE HWANG,

    Plaintiff - Appellant,

v.

KANSAS STATE UNIVERSITY,

    Defendant - Appellee.

No. 13-3070

_____

**ORDER**
_____

Before **LUCERO**, **HARTZ**, and **GORSUCH**, Circuit Judges.
_____

This matter is before the court on appellant's motion for extension of time to file a petition for rehearing in this appeal. The motion is granted. The petition shall be filed by June 26, 2014.

        Entered for the Court

        *Elisabeth A. Shumaker*

        ELISABETH A. SHUMAKER, Clerk