**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 9, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

_____

GRACE HWANG,

     Plaintiff - Appellant,

v.

KANSAS STATE UNIVERSITY,

     Defendant - Appellee.

No. 13-3070

_____

**ORDER**

_____

Before **LUCERO**, **HARTZ**, and **GORSUCH**, Circuit Judges.

_____

Appellant's implicit request for panel rehearing is denied.

The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied. The motion filed by the American Civil Liberties Union, et al., to file a brief amici curiae in support of the petition for rehearing en banc is granted. The brief submitted with the motion shall be shown filed as of the date of receipt.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk